## SUPREME COURT.

ELY HOPPOCK agt. CHARLES COTTRELL.

On appeal from a single judge to the general term, the sureties in the undertaking on the appeal, in order to stay execution, must justify in double the amount of the *judgment* and *costs*, ($250.)

*New-York Special Term, Jan.,* 1857.

THIS was a motion, that the judgment in this action be entered upon the clerk's docket as "secured upon appeal," according to § 282 of the Code.

GEORGE D. KELLOGG, *for motion.*
R. M. HARRINGTON, *opposed.*

CLERKE, Justice. In appeals from a single judge to the general term, an appeal does not stay proceedings unless security be given as upon an appeal to the court of appeals. (§ 348.)

In *Newton* agt. *Harris,* (1 *Code, R. N. S. p.* 191,) it is decided, in order to have this effect in an appeal to the court of appeals, the sureties must justify in double the amount ($250) required to be inserted in the undertaking, to cover the costs of the appeal.

The undertaking in this case is deficient in this very respect; the sureties justify only in double the amount of the judgment, without reference at all to the security for costs. It cannot, therefore, properly stay proceedings; and, by § 282, this motion cannot be granted unless the undertaking is sufficient to stay the execution.

Motion denied, with $5 costs.